UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAYCE SMITH, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>JKS HOME IMPROVEMENT, LLC, JEREMY SAGER, and BRITTANY SAGER,<br><br>      Defendants. | Case No.: 3:23-cv-01509-AMN-ML |

**NOTICE OF UNOPPOSED MOTION FOR: (1) PRELIMINARY APPROVAL OF SETTLEMENT, (2) CONDITIONAL CERTIFICATION OF THE PROPOSED SETTLEMENT CLASS; (3) APPOINTMENT OF McLAUGHLIN & STERN, LLP AS CLASS COUNSEL; (4) APPROVAL OF THE PROPOSED NOTICE OF THE CLASS SETTLEMENT; AND (5) SCHEDULING A FAIRNESS HEARING FOR FINAL APPROVAL OF THE SETTLEMENT**

**PLEASE TAKE NOTICE** that upon the Declaration of Jason S. Giaimo dated August 19, 2024, together with the exhibits annexed thereto, and the accompanying Memorandum of Law, together with all prior pleadings and proceedings had herein, Plaintiff, by and through her undersigned counsel, shall move this Court, Honorable Anne M. Nardacci, United States District Judge, 445 Broadway, Albany, New York 12207, on a date to be determined by the Court, for an Order as follows: (1) granting preliminary approval of the Settlement on the terms set forth in the Settlement Agreement and Release, which is attached as Exhibit 1 to the Declaration of Jason S. Giaimo; (2) conditionally certifying the proposed settlement class, for settlement purposes only, under Federal Rule of Civil Procedure 23(b)(3); (3) appointing McLaughlin & Stern, LLP as Class Counsel; (4) approving the proposed Notice of Settlement and Claim Form attached as Exhibits 2 and 3 to the Declaration of Jason S. Giaimo, and directing their distribution; and (5) scheduling a fairness hearing for final approval of the Settlement.

Dated: New York, New York
August 19, 2024

                                McLAUGHLIN & STERN, LLP

                                By: */s/ Jason S. Giaimo*
                                        Jason S. Giaimo
                                        Brett R. Gallaway
                              260 Madison Avenue
                              New York, NY 10016
                              Tel.: (212) 448-1100
                              jgiaimo@mclaughlinstern.com
                              bgallaway@mclaughlinstern.com
                              *Class Counsel*