# MCLAUGHLIN & STERN, LLP
### FOUNDED 1898

| | | |
|---|---|---|
| **JASON S. GIAIMO**<br>Partner<br>jgiaimo@mclaughlinstern.com<br>(212) 448-1100 | 260 MADISON AVENUE<br>NEW YORK, NEW YORK 10016<br>TEL: (212) 448–1100<br>FAX: (212) 448–0066<br>www.mclaughlinstern.com | GARDEN CITY, NEW YORK<br>MILLBROOK, NEW YORK<br>WESTFIELD, NEW JERSEY<br>WEST PALM BEACH, FLORIDA<br>NAPLES, FLORIDA<br>WESTPORT, CONNECTICUT |

November 6, 2024

**VIA ECF**
Honorable Anne M. Nardacci
United States District Court
Northern District of New York
445 Broadway
Albany, NY 12207

    **Re:**   *Smith v. JKS Home Improvement, LLC, et al.*
              **Case No. 3:23-cv-01509**

Dear Judge Nardacci:

     We represent the Plaintiff and the proposed class in the above-referenced action. On August 19, 2024, Plaintiff filed an unopposed motion for preliminary approval of a class settlement (Dkt. No. 22). We are aware that the Court has a full docket and an extremely busy schedule, but write to respectfully request that the Court rule on the pending motion at the Court's earliest convenience in order to protect the rights of the proposed class. Plaintiff's counsel remains available at the Court's convenience should the Court have any questions about the pending motion. We thank the Court in advance for its time and consideration.

                                        Respectfully submitted,

                                        */s/ Jason S. Giaimo*
                                        Jason S. Giaimo

cc:    All counsel of record (via ECF)