UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAYCE SMITH, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>JKS HOME IMPROVEMENT, LLC, JEREMY SAGER, and BRITTANY SAGER,<br><br>                Defendants. | Case No.: 3:23-cv-01509-AMN-ML |

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR: (1) FINAL APPROVAL OF SETTLEMENT; (2) CERTIFICATION OF THE SETTLEMENT CLASS; AND (3) ENTRY OF JUDGMENT**

**PLEASE TAKE NOTICE** that upon the Declaration of Jason S. Giaimo dated March 26, 2025, together with the exhibits annexed thereto; the Affirmation of Barry J. Peek dated March 26, 2025, together with the exhibits annexed thereto; and the accompanying Memorandum of Law in Support of Unopposed Motion for Final Approval of Settlement dated March 26, 2025, together with all prior pleadings and proceedings had herein, Plaintiff, by and through her undersigned counsel, shall move this Court, Honorable Anne M. Nardacci, United States District Judge, 445 Broadway, Albany, New York 12207, on April 10, 2025 at 10:00 AM, for an Order as follows: (1) granting final approval of the Settlement on the terms set forth in the Settlement Agreement and Release (the "Settlement Agreement") (Dkt. No. 22-3); (2) certifying the settlement class for settlement purposes pursuant to Rule 23 of the Federal Rules of Civil Procedure; and (3) entering judgment in accordance with the Settlement Agreement.

Dated: New York, New York
March 26, 2025

                                                       McLAUGHLIN & STERN, LLP

                                                       By: */s/ Jason S. Giaimo*
                                                              Jason S. Giaimo
                                                              Brett R. Gallaway
                                                      260 Madison Avenue
                                                      New York, NY 10016
                                                      Tel.: (212) 448-1100
                                                      jgiaimo@mclaughlinstern.com
                                                      bgallaway@mclaughlinstern.com
                                                      *Class Counsel*